People of the State of Illinois, Defendant in Error, v. S. J. Embery, Impleaded, Plaintiff in Error.

Gen. No. 65–97.

Fifth District.

April 13, 1966.

Cornelius T. Ducey, of Belleville, for plaintiff in error; John M. Karns, Jr., State's Attorney of St. Clair County, of Belleville (Robert L. Jennings, Assistant State's Attorney, of counsel), for defendant in error. Opinion by PRESIDING JUSTICE GOLDENHERSH. **Not to be published in full.**